UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-1882

In re CertainTeed Fiber Cement Siding Lit. vs.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

**Amirali Jabrani, Janet Jabrani, and Real Homes Inc.**

Indicate the party's role IN THIS COURT (check <u>only</u> one):

☐ Petitioner(s)  ☑ Appellant(s)  ☐ Intervenor (s)
☐ Respondent(s)  ☐ Appellee(s)  ☐ Amicus Curiae

(Type or Print) Counsel's Name: **Mr. Theodore H. Frank**
Mr.  Ms.  Mrs.  Miss

Firm: ---
Address: 1718 M Street NW, No. 334
City, State, Zip Code: Washington, DC 20036
Phone: (703) 203-3848    Fax ( ) NONE
Primary E-Mail Address (required): tfrank@gmail.com
Additional E-Mail Address (1):
Additional E-Mail Address (2):

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. **YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.**

**SIGNATURE OF COUNSEL:** /s/ Theodore H. Frank

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*
This entry of appearance must be served on all parties.

REV. 10/23/09

## Proof of Service

I hereby certify that, on this 27th day of July, 2014, I electronically filed the foregoing on the electronic docketing system for the Court of Appeals for the Third Circuit, thereby effecting service on counsel of record under L.A.R. 113.4.

/s/ Theodore H. Frank
Theodore H. Frank