NO. 14-1882

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

In re CertainTeed Fiber Cement Siding Litigation.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania, MDL Docket No. 2270

Motion to Withdraw by Counsel Theodore H. Frank

Theodore H. Frank
1718 M Street NW, No. 334
Washington, D.C. 20036
(703) 203-3848

Theodore H. Frank moves to withdraw as counsel for Appellants Amirali Jabrani, Janet Jabrani and Real Homes Inc. in the above-captioned appeal. The Jabrani appellants will continue to be represented by Christopher A. Bandas, and there will be no prejudice to the parties or delay in the proceedings from this withdrawal.

This substitution is at the agreement of the Jabrani appellants and Mr. Bandas.

(For the record, please note that the current docket sheet lists the incorrect address for Mr. Frank. As Mr. Frank's notice of appearance in this case indicates, he represented appellants in his private capacity, and not through the Center for Class Action Fairness, which had no involvement in this case.)

Dated: August 9, 2014                    Respectfully submitted,

*/s/ Theodore H. Frank*
Theodore H. Frank
1718 M Street NW, No. 334
Washington, DC 20036
Telephone: (703) 203-3848
Email: tfrank@gmail.com

Christopher A. Bandas
BANDAS LAW FIRM, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, Texas 78401
Telephone: (361) 698-5200
Facsimile: (361) 698-2222

Attorneys for Appellants

**Proof of Service**

I hereby certify that, on this 9th day of August, 2014, I electronically filed the foregoing on the electronic docketing system for the Court of Appeals for the Third Circuit, thereby effecting service on counsel of record under L.A.R. 113.4.

*/s/ Theodore H. Frank*
Theodore H. Frank