NO. 14-1882

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

In re CertainTeed Fiber Cement Siding Litigation.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania, MDL Docket No. 2270

**UNOPPOSED MOTION TO DISMISS APPEAL**

Appellants Amirali Jabrani, Janet Jabrani, and Real Homes, Inc. request dismissal of this appeal under Federal of Appellant Procedure 42(b) because they no longer desire to pursue it. Costs on appeal should be taxed against the party incurring same.

Dated:       August 9, 2014

                Respectfully submitted,

        By:    /s/ Christopher A. Bandas
                Christopher A. Bandas
                Texas State Bar No. 00787637
                BANDAS LAW FIRM, P.C.
                500 N. Shoreline, Ste. 1020
                Corpus Christi, Texas 78401-0353
                (361) 698-5200 Telephone
                (361) 698-5222 Facsimile
                Email: cbandas@bandaslawfirm.com

## **CERTIFICATE OF SERVICE**

    I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by the using the appellate CM/ECF system on August 9, 2014. Registered CM/ECF users will be served by the appellate CM/ECF system.

                                        /s/ Christopher A. Bandas
                                        Christopher A. Bandas